# <u>EXHIBIT A</u>

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Windstream DBA Paetec | 11/28/2022 | 266258 | Check | $ 11,771.71 |
| Akorn Operating Company, LLC | Windstream DBA Paetec | 1/6/2023 | 266891 | Check | $ 23,075.63 |
| Akorn Operating Company, LLC | Windstream DBA Paetec | 2/6/2023 | 267149 | Check | $ 12,055.18 |
| | | | | | $ 46,902.52 |